# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161290(33)

PEGASUS WIND, LLC,
                Plaintiff-Appellee,

v

                             SC: 161290
                             COA: 351915

TUSCOLA AREA AIRPORT ZONING BOARD
OF APPEALS,
                Defendant-Appellant.

                             Tuscola CC: 19-030829-AA

_____/

On order of the Court, the motion for reconsideration of this Court's October 27, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2021

a0125

                                             Clerk